## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT BLUEFIELD

**JOSEPH G. KIRK and TRACIE KIRK,**

      **Plaintiffs,**

**v.**                          **CIVIL ACTION NO.  1:18-cv-00932**
                                              **HONORABLE DAVID A. FABER**

**DAVIS H. ELLIOT CONSTRUCTION
COMPANY, INC.**

      **Defendant.**

## DISMISSAL ORDER

      **COME NOW** the Plaintiffs, Joseph G. Kirk and Tracie Kirk, by counsel, Brian Ooten

and the law firm of Shaffer & Shaffer, and Defendant, Davis H. Elliot Construction

Company, Inc., by counsel, Wendy E. Greve, W. Austin Smith, and the law firm of Pullin,

Fowler, Flanagan, Brown & Poe, PLLC, and hereby represent to the Court that all matters

in controversy between all parties have been fully settled and compromised and that the

parties hereto move the Court to dismiss this matter from the Court's docket with prejudice.

      The Court hearing no objection and perceiving of none, hereby **ORDERS** that this

civil action be **DISMISSED**, with prejudice, and stricken from the Court's docket.

      The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this \_\_\_\_14th\_\_\_ day of \_\_\_August_____, 2019.

                                  *David A. Faber*

                                 Honorable David A. Faber

AGREED TO BY:

*/s/ Brian Ooten*_____
Brian Ooten, Esquire
Shaffer & Shaffer
330 State Street
Madison, WV  25130

Counsel for Plaintiff


*/s/ Wendy E. Greve*
Wendy E. Greve, Esquire
W. Austin Smith, Esquire
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
JamesMark Building
901 Quarrier Street
Charleston, WV  25301
*Counsel for Defendants*